LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MONIQUE M. PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. CV 21-02586 ADS <br><br> <u>ORDER AWARDING</u> <br> <u>EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($3,800.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE:  11/01/2022          /s/ Autumn D. Spaeth
                            HON. AUTUMN D. SPAETH,
                            UNITED STATES MAGISTRATE JUDGE